UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Andre Thompson

16 CV 1835

RECEIVED
SDNY PRO SE OFFICE

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

New York City Police Department

**COMPLAINT**

under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☐ Yes ☐ No
(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

I. **Parties in this complaint:**

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff  Name Andre Thompson
ID # 349-151-0351
Current Institution AMKCC (C-95)
Address 18-18 Hazen St
Bronx, New York 11370

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1  Name New York City Police Department Shield #_____
Where Currently Employed _____
Address 145St St Nicholas Ave Subway Station

*Rev. 05/2010*  1

Defendant No. 2   Name _____ Shield #_____
                  Where Currently Employed _____
                  Address _____
                  _____

Defendant No. 3   Name _____ Shield #_____
                  Where Currently Employed _____
                  Address _____
                  _____

Defendant No. 4   Name _____ Shield #_____
                  Where Currently Employed _____
                  Address _____
                  _____

Defendant No. 5   Name _____ Shield #_____
                  Where Currently Employed _____
                  Address _____
                  _____

## II. Statement of Claim:

State as briefly as possible the <u>facts</u> of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. In what institution did the events giving rise to your claim(s) occur?
   New York transit 3 train terminal on 148th st and Adam Clayton Powell blvd

B. Where in the institution did the events giving rise to your claim(s) occur?
   The train platform

C. What date and approximate time did the events giving rise to your claim(s) occur?
   In the spring of 2015 around 4:00 pm

D.  Facts: **What happened to you?** I was arrested for fair evasion, the officer said I didn't pay my fair and took me off the south bound #3 train. I was arrested and my case was subsequently dismissed due to the officer not coming to court when I chose to fight this false charge

**Who did what?**

**Was anyone else involved?**

**Who else saw what happened?**

III.  Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. _____

IV.  Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ____  No ✓

*Rev. 05/2010*                3

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____
_____

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ____   No ____   Do Not Know ____

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ____   No ____   Do Not Know ____

If YES, which claim(s)? _____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ____   No ____

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____   No ____

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance?

_____

1. Which claim(s) in this complaint did you grieve? _____

_____

2. What was the result, if any? _____

_____

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. _____

_____
_____
_____

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: _____

_____
_____
_____

2. If you did not file a grievance but informed any officials of your claim, state who you informed,

*Rev. 05/2010*                                     4

when and how, and their response, if any: _____

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. _____

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). _I am seeking $200,000 for false arrest and false imprisonment_

VI. Previous lawsuits:

On these claims

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____ No ✓

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____

4. Name of Judge assigned to your case _____

5. Approximate date of filing lawsuit _____

6. Is the case still pending? Yes \_\_\_\_ No \_\_\_\_

If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

[On other claims]

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment? Yes \_\_\_\_ No \_\_\_\_

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____

4. Name of Judge assigned to your case _____

5. Approximate date of filing lawsuit _____

6. Is the case still pending? Yes \_\_\_\_ No \_\_\_\_

If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 11 day of February, 2016

**Signature of Plaintiff** _Andre Thompson_
**Inmate Number** 349-151-0351
**Institution Address** 18-18 Hazen St
Bronx, NY 11370

**Note:** All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 11 day of February, 2016, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

**Signature of Plaintiff:** _Andre Thompson_

PRO SE OFFICE
**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
DANIEL PATRICK MOYNIHAN UNITED STATES COURTHOUSE
500 PEARL STREET, ROOM 200
NEW YORK, NEW YORK 10007

**RUBY J. KRAJICK**
CLERK OF COURT

Date: **OCT 23 2015**

Dear Litigant:

I am writing in response to your letter to the *Pro Se* Office dated **OCT 20 2015**.

The Court cannot act upon a letter. The Court can only act upon a complaint or a petition pending before it. A review of the Court's records indicates that there is no action presently pending in which you are a plaintiff. Should you wish to start an action in this Court, I am enclosing the following forms for your convenience:

(X) 42 USC § 1983 Forms
( ) 28 USC § 2241 Forms
( ) 28 USC § 2254 Forms
( ) 28 USC § 2255 Forms
( ) General Complaint Package
( ) Social Security Complaint Forms
( ) Employment Discrimination Forms

Any papers you wish to submit to this Court must be sent or delivered to this Office at the address listed above. This Office cannot offer any legal advice or assessment of the merits of your case.

I hope this information is of assistance to you. Should you have any further questions, you may contact this Office by letter or by telephone during our normal business hours, 8:30 a.m. - 5:00 p.m., Monday - Friday (except federal holidays). Please note that we cannot accept collect calls.

Sincerely,

**PRO SE INTAKE UNIT**

*Pro Se* Clerk
(212)805-0175

enclosure(s)
*Rev. 05/10*

Andre Thompson
349-151-0351
18-18 Hazen St
Bronx, NY 11370



Pro Se Intake Unit Office
United States District Court
Southern District of New York
500 Pearl St
New York, N.Y. 10007